IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN,<br><br>          Plaintiff(s),<br>     v.<br><br>CABLEWORX WEST COAST INC,<br><br>          Defendant(s).<br>_____ / | NO. 5:11-cv-00539-EJD<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

On April 25, 2011, this case is was transferred to this Court (See Docket Item No. 15). The parties have failed to conferred and submit a Joint Case Management Statement pursuant to the April 25 Reassignment Order of this Court.  It appears that a case management conference would be beneficial.  The Court sets a Case Management Conference on **October 21, 2011 at 10:00 AM.**  On or before **October 14, 2011,** the parties shall file a joint case management conference statement that updates the Court on how this case should proceed.

**IT IS SO ORDERED.**

Dated:   August 24, 2011

_____
EDWARD J. DAVILA
United States District Judge

1

NO. C 11-00539 EJD
ORDER SETTING CASE MANAGEMENT CONFERENCE

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Richard K. Grosboll rgrosboll@neyhartlaw.com
Benjamin Kerl Lunch blunch@neyhartlaw.com
Chloe Isabelle Quail cquail@neyhartlaw.com

**Dated: August 24, 2011**                                **Richard W. Wieking, Clerk**

                                                          **By:    /s/ EJD Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**