UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN et al., <br><br> Plaintiffs, <br><br> v. <br><br> CABLEWORX WEST COAST, INC., and CABLEWORX, INC. <br><br> Defendants. | Case No. 5:11-CV-00539-EJD <br><br> **CASE MANAGEMENT ORDER** |

On Friday, December 9, 2011, a case management conference was held in the above-captioned case. Plaintiffs appeared through counsel; no appearance was made by either Defendant. In light of Defendants' failure to appear, the Court finds that entry of a pre-trial schedule is premature.

Cableworx West Coast, Inc. was served with the original complaint on February 7, 2011. Plaintiffs amended the complaint on June 28, 2011 to add Cableworx, Inc. as a defendant, but never effected service.

/

1

Case No. 5:11-CV-00539-EJD
CASE MANAGEMENT ORDER

The court sets the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Deadline for Plaintiff to either 1) file proof of service as to Cableworx, Inc., 2) file a notice of voluntary dismissal as to Cableworx, Inc., or 3) file an administrative motion requesting extension of time to serve Cableworx, Inc. and explaining with particularity the justification for the extension | January 6, 2012 |
| Deadline for Plaintiff to either 1) move for entry of default as to Cableworx West Coast, or 2) file a notice of voluntary dismissal as to Cableworx West Coast | January 6, 2012 |
| Deadline for Plaintiff to file a motion for default judgment as to defendant Cableworx West Coast, Inc. | January 20, 2012 |

**IT IS SO ORDERED.**

Dated: December 9, 2011



EDWARD J. DAVILA
United States District Judge

2

Case No. 5:11-CV-00539-EJD
CASE MANAGEMENT ORDER