RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104-6702
TEL:  (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Edward J. Davila
12/16/2011

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,<br><br>Plaintiffs,<br><br>vs.<br><br>CABLEWORX WEST COAST, INC. a corporation and CABLEWORX, INC., a corporation,<br>            Defendant. | Case No.   11-CV-00539-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>[Local Rule 7-11]<br><br>Date:         October 28, 2011 10:00 a.m.<br>Location:    280 South 1st Street<br>                   San Jose, CA 95113<br>Courtroom :   1, 5th Floor<br>Judge:        Hon. Edward J. Davila |

NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

The Clerk shall close this file.

Dated:  December 15, 2011          Respectfully Submitted,


                                   NEYHART, ANDERSON, FLYNN & GROSBOLL


                                   By:____/s/_ Chloe Quail_____
                                           CHLOE QUAIL
                                           Attorneys for Plaintiffs

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 369 Pine Street, Suite 800, San Francisco, California 94104. On December 15, 2011, I served the within:

**NOTICE OF VOLUNTARY DISMISSAL**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

SPIEGEL & UTRERA, P.A.,
4727 WILSHIRE BLVD STE 601
LOS ANGELES CA 90010

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 15, 2011, at San Francisco, California.

                                           /s/ Chloe Quail
                                           CHLOE QUAIL